# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kandace Lavender,

        Plaintiff(s),

  vs.

First Advantage Background Services Corp.,

        Defendant(s).

Case # 2:25-cv-02451

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Ari H. Marcus_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Marcus & Zelman, LLC
(firm name)

with offices at 701 Cookman Avenue, Suite 300,
(street address)

Asbury Park , New Jersey , 07712 ,
(city)            (state)            (zip code)

(732) 695-3282 , ari@marcuszelman.com .
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Plaintiff, Kandace Lavender to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

Doc ID: 80d86a38678c44f8863e6e39a0c5e1f4843eddef

3. That since <u>November 25, 2010</u> (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>New Jersey</u> (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of New Jersey | 11/25/2010 | 029662010 |
| Supreme Court of New York | 3/30/2011 | 4881405 |
| District of New Jersey | 1/3/2013 | n/a |
| Eastern District of New York | 8/8/2014 | n/a |
| District of Colorado | 9/1/2017 | n/a |
| District of Vermont | 10/30/2020 | n/a |
| Northern District of Indiana | 5/13/2021 | n/a |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Doc ID: 80d86a38678c44f8863e6e39a0c5e1f4843eddef

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> New Jersey
> New York

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 9/26/2024 | Hackett v Experian et al | District of Nevada | Granted |
| 9/26/2024 | Butler-Adams v Experian | District of Nevada | Granted |
| 9/10/2024 | Weed v. Realpage et al | District of Nevada | Granted |
| 9/10/2024 | Weed v. Trans Union, I | District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Doc ID: 80d86a38678c44f8863e6e39a0c5e1f4843eddef

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF New Jersey )
COUNTY OF Monmouth )

_____Ari H. Marcus_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

11th day of December, 2025.

_____
Notary Public or Clerk of Court

LORI L. CLIFTON
Notary Public, State of New Jersey
Commission # 50052139
My Commission Expires 01/13/2027

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Michael Yancey, III_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____2300 West Sahara Avenue, Suite 800_____,
(street address)

_____Las Vegas_____, Nevada, _____89102_____,
(city)        (state)        (zip code)

_____480-573-9272_____, myancey@consumerjustice.com.
(area code + telephone number)   (Email address)

4

Rev. 5/16

Doc ID: 80d86a38678c44f8863e6e39a0c5e1f4843eddef

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Michael Yancey, III_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Kandace Lavender
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Michael Yancey III*
Designated Resident Nevada Counsel's signature

16158                    myancey@consumerjustice.com
Bar number               Email address

APPROVED:

Dated: this __16th__ day of __December__, 20__25__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Doc ID: 80d86a38678c44f8863e6e39a0c5e1f4843eddef