Ari Marcus, Esq.
Admitted Pro Hac Vice
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Tel: (732) 695-3282
Email: ari@marcuszelman.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

| | |
|---|---|
| **Kandace Lavender,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**Sterling Infosystems, Inc.,**<br><br>**Defendant.** | **Civil Case No. 2:25-cv-02451-APG-MDC** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Kandance Lavender and Defendant Sterling Infosystems, Inc. ("The Parties"), by their undersigned counsel, hereby stipulate to the Plaintiff's dismissal of the Amended Complaint and all claims against the Defendant in the above-captioned matter with prejudice.

The Parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: September 24, 2026

/s/ Ari Marcus
Ari Marcus, Esq.
Admitted Pro Hac Vice
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
(732) 695-3282
ari@marcuszelman.com
*Attorney for Plaintiff*

/s/ Frederick T. Smith
Frederick T. Smith, Esq.
Admitted Pro Hac Vice
Seyfarth Shaw LLP
1075 Peachtree Street, NE, Suite 2500
Atlanta, GA 30309
(404) 881-1021
fsmith@seyfarth.com
*Attorney for Defendant*

IT IS ORDERED that the Stipulation is GRANTED.

The above-entitled matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: September 25, 2026

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE